UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Civil Action No. 2:19-cv-01299-MLP |
| *Plaintiffs*, | **AFFIDAVIT OF SERVICE** |
| v. | |
| NATIONAL MARINE FISHERIES SERVICE, et al., | |
| *Defendants*. | |

I respectfully certify that service for the above-captioned case took place as described below, which included true and correct copies of each of the following documents:

| | |
|---|---|
| ECF 1 | Complaint |
| ECF 1-1 | Civil Cover Sheet |
| ECF 2 | Corporate Disclosure Statement |
| ECF 3 | Application for Leave to Appear *Pro Hac Vice* |
| ECF 4 | Application for Leave to Appear *Pro Hac Vice* |
| ECF 7 – 7-4 | Issued Summons |

On August 22, 2019, the above-listed documents were sent by certified mail, electronic return receipt requested, to the following parties:

AFFIDAVIT OF SERVICE                1                CENTER FOR BIOLOGICAL DIVERSITY
Civil Action No. 2:19-cv-01299-MLP                                         2400 NW 80th St. #146
                                                                                              Seattle, WA 98117
                                                                                              (206) 327-2344

National Marine Fisheries Service
1315 East-West Highway
14th Floor
Silver Spring, MD 20910

Barry Thom, Regional Administrator
National Marine Fisheries Service
1201 NE Lloyd Blvd., Suite 1100
Portland, OR 97232

Wilbur Ross, Secretary
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

Civil Process Clerk
U.S. Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Regional Administrator Thom and the U.S. Attorney's Office received the documents on August 27, 2019.  Secretary Ross received the documents on August 28, 2019.  The National Marine Fisheries Service and U.S. Attorney General received the documents on August 29, 2019.  Receipts and delivery confirmation are attached hereto as Exhibit A.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: September 17, 2019          */s/ Cynthia Elkins*
                                    Cynthia Elkins, Paralegal
                                    Center for Biological Diversity
                                    P.O. Box 220
                                    Whitethorn, CA 95589