UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, *et al.*, <br><br> *Defendants*. | Civil Action No. 2:19-cv-01299-MLP <br><br> **PLAINTIFFS' NOTICE OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss this lawsuit without prejudice. Plaintiffs filed this lawsuit on August 19, 2019 to compel the National Marine Fisheries Service (the "Service") to respond to their 2016 Petition to designate a Whale Protection Zone and issue other regulations to better protect and recover the endangered Southern Resident killer whales. On October 24, 2019, the Service issued a scoping notice seeking public input on whether existing regulations adequately protect Southern Resident killer whales from the impact of vessels and noise in the inland waters of Washington State and, if they do not, what additional actions the Service should take. *Notice of availability*, 84 Fed. Reg. 57015 (October 24, 2019). On November 18, 2019, Plaintiffs received a letter from the Service

formally denying their Petition, stating that the agency had instead exercised its discretion to conduct the scoping process for a "potential rulemaking" to revise existing regulations.

Plaintiffs intend to engage in this scoping process and reserve the right to challenge the Service's denial of their Petition in a separate action.

Respectfully submitted November 26, 2019,

By: */s/ Julie Teel Simmonds*
Admitted *Pro Hac Vice*

Julie Teel Simmonds (CO Bar No. 32822)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
Phone: (619) 990-2999
jteelsimmonds@biologicaldiversity.org

*/s/ Sarah Uhlemann*
Sarah Uhlemann (WA Bar No. 41164)
CENTER FOR BIOLOGICAL DIVERSITY
2400 NW 80th Street, #146
Seattle, WA 98117
Phone: (206) 327-2344
suhlemann@biologicaldiversity.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2019, I electronically filed the foregoing PLAINTIFFS' NOTICE OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will automatically serve the documents upon counsel of record.

*/s/ Julie Teel Simmonds*
Admitted *Pro Hac Vice*
Julie Teel Simmonds (CO Bar No. 32822)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421 Denver, CO 80202
Phone: (619) 990-2999

jteelsimmonds@biologicaldiversity.org